Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of sewing-machine cabinets the same in all material respects as those the subject of *Necchi Sewing Machine Sales Corp.* and *Barian Shipping Co., Inc.* v. *United States* (30 Cust. Ct. 1, C. D. 1489), the claim of the plaintiff was sustained.

**No. 57494.**—Necchi Sewing Machine Sales Corp. *v.* United States, protest 186800–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of sewing-machine cabinets the same in all material respects as those the subject of *Necchi Sewing Machine Sales Corp.* and *Barian Shipping Co., Inc.* v. *United States* (30 Cust. Ct. 1, C. D. 1489), the claim of the plaintiff was sustained.

**No. 57495.**—D. N. & E. Walter & Co. *v.* United States, protest 151976–K (Los Angeles).

Opinion by MOLLISON, J.   It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475).   In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held dutiable at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

**No. 57496.**—M. A. Katz & Co. et al. *v.* United States, protests 182712–K, etc. (San Francisco).

Opinion by MOLLISON, J.   It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475).   In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held dutiable at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

**No. 57497.**—Hurricane Import Company and Frank P. Dow Co., Inc. *v.* United States, protest 185926–K (Seattle).

Opinion by MOLLISON, J. It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475). In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held dutiable at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

**No. 57498.**—Norda Essential Oil & Chemical Co., Inc. *v.* United States, protests 179987–K and 180479–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of the essential and distilled oil of amyris balsamifera similar in all material respects to that the subject of Abstract 54349, the claim of the plaintiff was sustained.

**No. 57499.**—W. X. Huber Co. *v.* United States, protest 60676–K (Los Angeles).

Opinion by MOLLISON, J. This case was formerly reported in Abstract 49532. Subsequent to that decision, defendant's motion for rehearing was granted, but the resulting record was so meager that the court, on its own motion, restored the case to the docket for all purposes. When the case was called for trial, it was suspended pending decision in protest 132624–K, which case was ultimately decided in favor of the plaintiff in *A. Maschmeijer, Jr., Inc.* v. *United States* (39 C. C. P. A. 139, C. A. D. 476). In the present case, it was stipulated that the merchandise in question consists of cornmint oil the same in all material respects as that the subject of C. A. D. 476, *supra*. It was further stipulated that the protest was abandoned as to entry 3513. In accordance with stipulation of counsel and following the decision cited, the claim of the plaintiff was sustained as to the items in question covered by entry number 4400.

**No. 57500.**—C. F. Ten Eyck & Co. *v.* United States, protest 148767–K (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cornmint oil the same in all material respects as that the subject of *A. Maschmeijer, Jr., Inc.* v. *United States* (39 C. C. P. A. 139, C. A. D. 476), the claim of the plaintiff was sustained.